UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ARCHIE N. KELLEY, JR.,

    Plaintiff,

v.   Case No. 8:11-cv-613-T-24AEP

NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA,

    Defendant.
_____/

**ORDER**

    This cause comes before the Court upon Plaintiff's partially unopposed motion to compel (Dkt. No. 56). As the motion indicates, the parties have amicably resolved all the noted discovery issues prior to the filing of the motion. The only issue remaining consists of Plaintiff's request for an award of attorney's fees and costs in bringing the motion to compel and in connection with any subsequent deposition. Given that the parties resolved the discovery disputes prior to filing the instant motion and that Defendant has agreed to pay the costs for video conferencing another deposition, the motion is DENIED.

    DONE AND ORDERED in Tampa, Florida, this 22nd day of May, 2012.

_____
ANTHONY E. PORCELLI
United States Magistrate Judge

Copies furnished to:

Counsel of Record